DAN RAYFIELD
Attorney General
MICHELLE ENFIELD  #152293
AARON D. KELLEY  #210615
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
JESSICA B. SPOONER  #105919
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: michelle.enfield@doj.oregon.gov
       aaron.kelley@doj.oregon.gov
       jessica.b.spooner@doj.oregon.gov

Attorneys for Defendants Bain, Berning, Crawford, Wayne Dorman, Fredrickson, Glover, Hurley, McCafferty, McCullough, McLain, Nelson, O'Donnell, Pecyna, Perske, Renfrow, Sasser, Sundstrom, Tomy Ackom, and Karyn Salle

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK GABLE,<br><br>      Plaintiff,<br><br>    v.<br><br>TOMY ACKOM, as PERSONAL REPRESENTATIVE OF THE ESTATE OF FREDERICK ACKOM, et al.,<br><br>      Defendants. | Case No.  6:24-cv-01131-AA<br><br>DEFENDANT WAYNE DORMAN'S JOINDER IN STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

Page 1 -    DEFENDANT WAYNE DORMAN'S JOINDER IN STATE DEFENDANTS' ANSWER
     AND AFFIRMATIVE DEFENSES
         ME1/rrc/1026854885

Wayne Dorman as Guardian Ad Litem for Guy Dorman, by and through undersigned counsel, makes his first appearance and hereby joins in the State Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint (ECF #53).

DATED June __24__, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Michelle Enfield_
MICHELLE ENFIELD #152293
AARON D. KELLEY #210615
JESSICA B. SPOONER #105919
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
michelle.enfield@doj.oregon.gov
aaron.kelley@doj.oregon.gov
jessica.b.spooner@doj.oregon.gov
Of Attorneys for Defendants Bain, Berning, Crawford, Dorman, Fredrickson, Glover, Hurley, McCafferty, McCullough, McLain, Nelson, O'Donnell, Pecyna, Perske, Renfrow, Sasser, Sundstrom, Tomy Ackom, and Karyn Salle

Page 2 -    DEFENDANT WAYNE DORMAN'S JOINDER IN STATE DEFENDANTS' ANSWER
              AND AFFIRMATIVE DEFENSES
          ME1/rrc/1026854885